1   FRANK J. POLEK, SBN 167852
    POLEK LAW
2   3033 Fifth Avenue, Suite 400
    San Diego, California 92103
3   Telephone:  619-550-2455
    Fax:  619-274-8166
4   Email:  frank@poleklaw.com

5   Attorney for Plaintiff Joe M. Young

6

7                    **UNITED STATES DISTRICT COURT**

8                   **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  JOE M. YOUNG,                          )    No. 20-cv-02441-H-AHG
                                           )
11                                         )
                                           )    **JOINT MOTION TO DISMISS THE**
12                  Plaintiff,             )    **CASE**
                                           )    **F.R.C.P. 41(a)**
13        v.                               )
                                           )
14                                         )    Courtroom: 15A
    COUNTY OF SAN DIEGO, CHAD              )    Judge: Hon Marilyn L. Huff
15  FICKETT, DEPUTY SHERIFF;              )
    SERGEANT JOSEPH BARRY, DEPUTY          )
16  SHERIFF, ALEJANDRO SILVA,             )
    DEPUTY SHERIFF, MICHAEL CRUZ,          )
17  DEPUTY SHERIFF, DANIEL                )
    GUTIERREZ, DEPUTY SHERIFF,             )
18  CLAUDIA VALENCIA, DEPUTY              )
    SHERIFF                                )
19                                         )
                                           )
20                  Defendants.            )
    _____   )

21

22  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

23        Plaintiff JOE M. YOUNG and Defendant COUNTY OF SAN DIEGO have

24  reached an agreement that resolves all claims against all defendants in this case.

25  Accordingly, pursuant to these parties' agreement, these parties hereby jointly move the

26  Court for an order under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

27  dismissing all claims against defendants with prejudice, and each side to bear its own

28  costs and attorney fees.

The parties hereby stipulate and jointly move the Court for an order providing as follows:

1)   That the complaint and all causes of action be dismissed with prejudice; and

2)   That all parties waive any and all claims to attorneys' fees and costs and shall bear their own attorneys' fees and costs incurred in the prosecution and defense of this action.

The parties further jointly request that the Settlement Disposition Conference, set for June 30, 2022 be vacated.

DATED:  June 28, 2022          Polek Law

                               By: s/FRANK J. POLEK
                               Attorneys for Plaintiff Joe M. Young
                               E-mail: frank@poleklaw.com

DATED:  June 28, 2022          Office of County Counsel

                               By: s/ADAM C. PHILLIPS, Senior Deputy
                               Attorneys for Defendant County of San Diego
                               E-mail: adam.phillips@sdcounty.ca.gov

## **CERTIFICATION**

Pursuant to § 2(f)(4) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

DATED:  June 28, 2022          Polek Law

                               By: s/Frank J. Polek
                               Attorneys for Plaintiff
                               E-mail: frank@poleklaw.com